UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

GURPREET SINGH,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services; TODD BLANCHE, Attorney General,

Defendants.

-----------------------------------------------------------x

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No. 26-cv-5030

(Vitaliano, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
November 23, 2026

LAW OFFICE OF THOMAS J. GOODMAN
*Attorneys for Plaintiff*
325 Broadway, Suite 504
New York, New York 10007

By: ______________________
Thomas J. Goodman, Esq.
(212) 966-6789
thomasgoodmanesq@hotmail.com

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 11/24/2026

*/s/ Eric N. Vitaliano*

**Eric N. Vitaliano**
**United States District Judge**

Dated: Brooklyn, New York
November 23, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By: */s/ Alexandra Megaris*
Alexandra Megaris
Assistant U.S. Attorney
(718) 254-6105
alexandra.megaris@usdoj.gov